**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOEL PRICE,

    Plaintiff,

v.                                            Case No.   3:19-cv-332-J-34JBT

BRADFORD COUNTY, FLORIDA,

    Defendant.
_____

## ORDER OF DISMISSAL

    **THIS CAUSE** is before the Court <u>sua sponte</u>.  On July 22, 2019, the Court entered an Order administratively closing this case pending further Order of the Court.  <u>See</u> Order (Dkt. No. 16; Order).  The Court also provided that the parties shall have until September 20, 2019, to file a joint stipulation of dismissal or other appropriate documents to close out this file.  <u>See id.</u>  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by September 20, 2019, this case would automatically be deemed to be dismissed without prejudice.  <u>See id.</u>  As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents.  Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of September, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record